June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## JOE BROCK RAMEY, Appellant

NO. 14-14-00147-CV                    V.

## FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Federal Home Loan Mortgage Corporation, signed February 4, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Joe Brock Ramey to pay all costs incurred in this appeal.

We further order this decision certified below for observance.